**Motion Granted; Dismissed and Memorandum Opinion filed May 16, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00205-CV

### GENE JOHNSON, Appellant

### V.

### AT & T, INC., Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-33209**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed November 13, 2012. The record reflects that appellant's motion for new trial was electronically filed Friday, December 14, 2012, 31 days after the judgment was signed. *See* Tex. R. Civ. P. 329b(a) (requiring a motion for new trial to be filed within 30 days after the judgment is signed). The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely motion for new trial. *See* Tex. R. App. P. 26.1. Therefore, in the absence of a timely-filed motion for new

trial, appellant's notice of appeal was due on or before December 13, 2013. If a timely motion for new trial is filed, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was not filed until March 4, 2013, more than 105 days after judgment, beyond the time that could be extended, had his motion for new trial been filed timely. *See* Tex. R. App. P. 26.3 (permitting appellate court to grant an extension of time if the notice of appeal is filed within 15 days of its due date).

On April 23, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response, on or before May 6, 2013, demonstrating this court's jurisdiction. In addition, on April 24, 2013, appellee filed a motion to dismiss the appeal, raising the same jurisdictional issues as in the court's notice. *See* Tex. R. App. P. 42.3(a). Appellant has not filed a response to the court's notice or to appellee's motion.

Accordingly, we grant appellee's motion to dismiss the appeal, and we order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.